## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Fred Baumeister, et al.
                              Plaintiff,

v.                                                Case No.: 1:21−cv−06505
                                                          Honorable John Robert Blakey

Exelon Corporation, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 27, 2023:

       MINUTE entry before the Honorable John Robert Blakey: Attorney Gregory Cui's motion to withdraw as attorney for Board of Directors of Exelon Corporation, Corporate Investment Committee, Exelon Corporation and Investment Oversight Committee [82] is granted. Counsel is reminded that all motions shall be noticed for presentment or may be stricken. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.